UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON NORFORD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARREN L. MONTGOMERY,<br><br>　　　　　Respondent. | Case No. 20-cv-00821-WHO<br><br>**CERTIFICATE OF APPEALABILITY** |

A certificate of appealability is GRANTED as reasonable jurists could "find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: February 28, 2024



William H. Orrick
United States District Judge