UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON NORFORD,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARREN L. MONTGOMERY,<br><br>    Defendant. | Case No. 20-cv-00821-WHO<br><br>**AMEDED CERTIFICATE OF APPEALABILITY** |

A certificate of appealability will issue for each of Norford's claims because reasonable jurists could "find the district court's assessment of [these] constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: March 12, 2024



William H. Orrick
United States District Judge